**Edward YOUNGBLOOD et al.,
Plaintiffs-Appellants,**

v.

**MORRISON GRAIN CO., INC., et al.,
Defendants-Appellees.**

No. 78–2836
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

March 21, 1979.

Roy S. Halcomb, Jr., Alexandria, La., Roy S. Halcomb, Sr., Ferriday, La., Charles C. Trascher, III, Monroe, La., Dwight W. Norton, New Orleans, La., for plaintiffs-appellants.

Theus, Grisham, Davis & Leigh, R. L. Davis, Jr., Monroe, La., for defendants-appellees.

Before COLEMAN, FAY and RUBIN, Circuit Judges.

PER CURIAM:

The summary judgment entered in favor of the defendants is affirmed on the basis

---

* Rule 18, 5 Cir.; *see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.*, 5 Cir., 1970, 431 F.2d 409, Part I.

* Rule 18, 5 Cir.; *see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.*, 5 Cir., 1970, 431 F.2d 409, Part I.

**1208**

of the opinion of Judge Tom Stagg, W.D. La.1978.

AFFIRMED.